UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| DERECK CASE, individually, and as representative of a Class of Participants and Beneficiaries of the Generac Power Systems, Inc. Employees 401(k) Savings Plan,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAC POWER SYSTEMS, INC., and THE BOARD OF DIRECTORS OF GENERAC POWER SYSTEMS, INC., and JOHN DOES 1-30,<br><br>Defendants. | Case No. 2:21-cv-00752-RSM<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES** |
|---|---|

Plaintiffs Dereck Case, individually, and as representative of a Class of Participants and Beneficiaries of the Generac Power Systems, Inc. Employees 401(k) Savings Plan, ("Plaintiffs") and Defendants Generac Power Systems, Inc. and The Board of Directors of Generac Power Systems, Inc. ("Defendants") have filed their Stipulated Motion for Extension of Deadlines requesting the extension of Initial Scheduling Order deadlines issued by the Court [Dkt. 11].

IT IS HEREBY ORDERED:

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206.693.7057 | Fax: 206.693.7058
Case 2:21-cv-01100-PP Filed 07/23/21 Page 1 of 4 Document 16

1. The Court extends the deadlines in the Initial Scheduling Order as follows:

Deadline for FRCP 26(f) Conference: September 30, 2021

Initial Disclosures Pursuant to FRCP 26(a)(1): October 7, 2021

Combined Joint Status Report and Discovery Plan: October 14, 2021

DATED this 23rd day of July, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented By:

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Russell S. Buhite*
Russell S. Buhite, WSBA #41257
1201 Third Avenue, Suite 5150
Seattle, WA 98101
Telephone: (206) 693-7057
Facsimile: (206) 693-7058
Email: russell.buhite@ogletree.com

MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Jeremy P. Blumenfeld*
Jeremy P. Blumenfeld, PA Bar #85955
(*pro hac vice forthcoming*)
1701 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-5000
Facsimile: (215) 963-5001
Email: jeremy.blumenfeld@morganlewis.com

ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES - 2
Case No. 2:21-cv-00752-RSM

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206.693.7057 | Fax: 206.693.7058

Case 2:21-cv-01100-PP Filed 07/23/21 Page 2 of 4 Document 16

By */s/ Deborah S. Davidson*
Deborah S. Davidson, IL Bar #6255813
(*pro hac vice forthcoming*)
110 North Wacker Drive
Chicago, IL 60606-1511
Telephone: (312) 324-1000
Facsimile: (312) 324-1001
Email: deborah.davidson@morganlewis.com

By */s/ Stephanie R. Reiss*
Stephanie R. Reiss, PA Bar #88316
(*pro hac vice forthcoming*)
32nd Floor, One Oxford Centre
Pittsburgh, PA 15219
Telephone: (412) 560-3300
Facsimile: (412) 560-7001
Email: stephanie.reiss@morganlewis.com

*Counsel for Defendants Generac Power Systems, Inc., and The Board of Directors of Generac Power Systems, Inc.*

Approved as to Form; Presentation Waived

KELLER ROHRBACK L.L.P.

By */s/ Erin M. Riley*
Erin M. Riley, WSBA #30401
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
Email: eriley@kellerrohrback.com

By: */s/ Jeffrey Lewis*
Jeffrey Lewis, CA Bar #66587
(admitted *pro hac vice*)
180 Grand Avenue, Suite 1380
Oakland, CA 94612
Telephone: (510) 463-3900
Facsimile: (510) 463-3901
Email: jlewis@kellerrohrback.com

ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES - 3
Case No. 2:21-cv-00752-RSM

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206.693.7057 | Fax: 206.693.7058

Case 2:21-cv-01100-PP Filed 07/23/21 Page 3 of 4 Document 16

WALCHESKE & LUZI, LLC

By: */s/ James A. Walcheske*
By: */s/ Scott S. Luzi*
By: */s/ Paul M. Secunda*

James A. Walcheske, WI Bar #1065635
(admitted *pro hac vice*)
Scott S. Luzi, WI Bar #1067405
(admitted *pro hac vice*)
Paul M. Secunda, WI Bar #1074127
(admitted *pro hac vice*)
235 North Executive Drive, Suite 240
Brookfield, WI 53005
Telephone: (262) 780-1953
Facsimile: (262) 565-6469
Email: jwalcheske@walcheskeluzi.com
sluzi@walcheskeluzi.com
psecunda@walcheskeluzi.com

*Counsel for Plaintiffs Dereck Case, individually, and as representative of a Class of Participants and Beneficiaries of the Generac Power Systems, Inc. Employees 401(k) Savings Plan*

ORDER GRANTING STIPULATED
MOTION TO EXTEND DEADLINES - 4
Case No. 2:21-cv-00752-RSM

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206.693.7057 | Fax: 206.693.7058

Case 2:21-cv-01100-PP Filed 07/23/21 Page 4 of 4 Document 16