**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**SEATTLE DIVISION**

| | |
|---|---|
| DERECK CASE, individually, and as representative of a Class of Participants and Beneficiaries of the Generac Power Systems, Inc. Employees 401(k) Savings Plan,<br><br>      Plaintiffs,<br><br>   v.<br><br>GENERAC POWER SYSTEMS, INC., and THE BOARD OF DIRECTORS OF GENERAC POWER SYSTEMS, INC., and JOHN DOES 1-30,<br><br>      Defendants. | Case No. 2:21-cv-00752-RSM<br><br>**ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME** |

Plaintiff Dereck Case, individually, and as representative of a Class of Participants and Beneficiaries of the Generac Power Systems, Inc. Employees 401(k) Savings Plan ("Plaintiff") and Defendants Generac Power Systems, Inc. and The Board of Directors of Generac Power Systems, Inc. ("Defendants") have filed a Stipulated Motion for Extension of Time requesting a 14-day extension of time for Defendants to answer, present defenses, or otherwise respond to Plaintiff's Complaint until September 14, 2021.

ORDER GRANTING STIPULATED MOTION
FOR EXTENSION
OF TIME - 1
Case No. 2:21-cv-00752-RSM

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7052 | Fax: 206-693-7058

IT IS HEREBY ORDERED that Defendants are allowed an additional fourteen (14) days, to and including September 14, 2021, as the deadline to file their answer, present defenses, or otherwise respond to Plaintiff's Complaint.

DATED this 26th day of August, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented By:

OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.

By: */s/ Russell S. Buhite*
    Russell S. Buhite, WSBA #41257
    1201 Third Avenue, Suite 5150
    Seattle, WA 98101
    Telephone: (206) 693-7052
    Facsimile: (206) 693-7058
    Email: russell.buhite@ogletree.com

MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Deborah S. Davidson*
    Deborah S. Davidson, IL Bar #6255813
    (admitted *pro hac vice*)
    110 North Wacker Drive
    Chicago, IL 60606-1511
    Telephone: (312) 324-1000
    Facsimile: (312) 324-1001
    Email: deborah.davidson@morganlewis.com

ORDER GRANTING STIPULATED MOTION
FOR EXTENSION
OF TIME - 2
Case No. 2:21-cv-00752-RSM

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7052 | Fax: 206-693-7058

Case 2:21-cv-01100-PP    Filed 08/26/21    Page 2 of 4    Document 33

MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Jeremy P. Blumenfeld*
    Jeremy P. Blumenfeld, PA Bar # 85955
    (admitted *pro hac vice*)
By: */s/ Jared R. Killeen*
    Jared R. Killeen, NY Bar # 5333026
    (admitted *pro hac vice*)
    1701 Market Street
    Philadelphia, PA 19103-2921
    Telephone: (215) 963-5000
    Facsimile: (215) 963-5001
    Email: jeremy.blumenfeld@morganlewis.com
           jared.killeen@morganlewis.com

By: */s/ Stephanie R. Reiss*
    Stephanie R. Reiss, PA Bar #88316
    (admitted *pro hac vice*)
    32nd Floor, One Oxford Centre
    Pittsburgh, PA 15219
    Telephone: (412) 560-3300
    Facsimile: (412) 560-7001
    Email: stephanie.reiss@morganlewis.com

*Counsel for Defendants Generac Power Systems, Inc., and
The Board of Directors of Generac Power Systems, Inc.*


Approved as to Form; Presentation Waived

KELLER ROHRBACK L.L.P.

By */s/ Erin M. Riley*
    Erin M. Riley, WSBA #30401
    1201 Third Avenue, Suite 3200
    Seattle, WA 98101
    Telephone: (206) 623-1900
    Facsimile: (206) 623-3384
    Email: eriley@kellerrohrback.com

ORDER GRANTING STIPULATED MOTION
FOR EXTENSION
OF TIME - 3
Case No. 2:21-cv-00752-RSM

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7052 | Fax: 206-693-7058

Case 2:21-cv-01100-PP    Filed 08/26/21    Page 3 of 4    Document 33

By: /s/ Jeffrey Lewis
    Jeffrey Lewis, CA Bar #66587
    (admitted *pro hac vice*)
    180 Grand Avenue, Suite 1380
    Oakland, CA 94612
    Telephone: (510) 463-3900
    Facsimile: (510) 463-3901
    Email: jlewis@kellerrohrback.com


WALCHESKE & LUZI, LLC

By: /s/ James A. Walcheske
By: /s/ Scott S. Luzi
By: /s/ Paul M. Secunda
    James A. Walcheske, WI Bar #1065635
    (admitted *pro hac vice*)
    Scott S. Luzi, WI Bar #1067405
    (admitted *pro hac vice*)
    Paul M. Secunda, WI Bar #1074127
    (admitted *pro hac vice*)
    235 North Executive Drive, Suite 240
    Brookfield, WI 53005
    Telephone: (262) 780-1953
    Facsimile: (262) 565-6469
    Email:   jwalcheske@walcheskeluzi.com
          sluzi@walcheskeluzi.com
          psecunda@walcheskeluzi.com


*Counsel for Plaintiff Dereck Case, individually, and as representative of*
*a Class of Participants and Beneficiaries of the Generac Power Systems,*
*Inc. Employees 401(k) Savings Plan*

---

ORDER GRANTING STIPULATED MOTION
FOR EXTENSION
OF TIME - 4
Case No. 2:21-cv-00752-RSM

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7052 | Fax: 206-693-7058