# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| DERECK CASE, individually, and as representative of a Class of Participants and Beneficiaries of the Generac Power Systems, Inc. Employees 401(k) Savings Plan,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAC POWER SYSTEMS, INC., and THE BOARD OF DIRECTORS OF GENERAC POWER SYSTEMS, INC., and JOHN DOES 1-30,<br><br>Defendants. | Case No. 2:21-cv-00752-RSM<br><br>**ORDER GRANTING SECOND STIPULATED MOTION FOR EXTENSION OF TIME** |

Plaintiff Dereck Case, individually, and as representative of a Class of Participants and Beneficiaries of the Generac Power Systems, Inc. Employees 401(k) Savings Plan ("Plaintiff") and Defendants Generac Power Systems, Inc. and The Board of Directors of Generac Power Systems, Inc. ("Defendants") have filed a Second Stipulated Motion for Extension of Time requesting an additional extension of time for Defendants to answer, present defenses, or otherwise respond to Plaintiff's Complaint until October 11, 2021.

ORDER GRANTING SECOND STIPULATED
MOTION FOR EXTENSION
OF TIME - 1
Case No. 2:21-cv-00752-RSM

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7052 | Fax: 206-693-7058

Case 2:21-cv-01100-PP   Filed 09/13/21   Page 1 of 4   Document 37

1  IT IS HEREBY ORDERED that Defendants are allowed to and including October 11, 2021, as the deadline to file their answer, present defenses, or otherwise respond to Plaintiff's Complaint.

DATED this 13th day of September, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented By:

OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.

By: */s/ Russell S. Buhite*
   Russell S. Buhite, WSBA #41257
   1201 Third Avenue, Suite 5150
   Seattle, WA 98101
   Telephone: (206) 693-7052
   Facsimile: (206) 693-7058
   Email: russell.buhite@ogletree.com

MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Deborah S. Davidson*
   Deborah S. Davidson, IL Bar #6255813
   (admitted *pro hac vice*)
   110 North Wacker Drive
   Chicago, IL 60606-1511
   Telephone: (312) 324-1000
   Facsimile: (312) 324-1001
   Email: deborah.davidson@morganlewis.com

[PROPOSED] ORDER GRANTING SECOND STIPULATED MOTION FOR EXTENSION OF TIME - 2
Case No. 2:21-cv-00752-RSM

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7052 | Fax: 206-693-7058

Case 2:21-cv-01100-PP    Filed 09/13/21    Page 2 of 4    Document 37

MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Jeremy P. Blumenfeld*
 Jeremy P. Blumenfeld, PA Bar # 85955
 (admitted *pro hac vice*)
By: */s/ Jared R. Killeen*
 Jared R. Killeen, NY Bar # 5333026
 (admitted *pro hac vice*)
 1701 Market Street
 Philadelphia, PA 19103-2921
 Telephone: (215) 963-5000
 Facsimile: (215) 963-5001
 Email: jeremy.blumenfeld@morganlewis.com
    jared.killeen@morganlewis.com

By: */s/ Stephanie R. Reiss*
 Stephanie R. Reiss, PA Bar #88316
 (admitted *pro hac vice*)
 32nd Floor, One Oxford Centre
 Pittsburgh, PA 15219
 Telephone: (412) 560-3300
 Facsimile: (412) 560-7001
 Email: stephanie.reiss@morganlewis.com

*Counsel for Defendants Generac Power Systems, Inc., and The Board of Directors of Generac Power Systems, Inc.*


Approved as to Form; Presentation Waived

KELLER ROHRBACK L.L.P.

By */s/ Erin M. Riley*
 Erin M. Riley, WSBA #30401
 1201 Third Avenue, Suite 3200
 Seattle, WA 98101
 Telephone: (206) 623-1900
 Facsimile: (206) 623-3384
 Email: eriley@kellerrohrback.com

[PROPOSED] ORDER GRANTING SECOND STIPULATED MOTION FOR EXTENSION OF TIME - 3
Case No. 2:21-cv-00752-RSM

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7052 | Fax: 206-693-7058

Case 2:21-cv-01100-PP   Filed 09/13/21   Page 3 of 4   Document 37

| | |
|---|---|
| 1 | By: /s/ Jeffrey Lewis |
| 2 | Jeffrey Lewis, CA Bar #66587 (admitted *pro hac vice*) |
| 3 | 180 Grand Avenue, Suite 1380 Oakland, CA 94612 |
| 4 | Telephone: (510) 463-3900 Facsimile: (510) 463-3901 |
| 5 | Email: jlewis@kellerrohrback.com |
| 6 | |
| 7 | WALCHESKE & LUZI, LLC |
| 8 | By: /s/ James A. Walcheske<br>By: /s/ Scott S. Luzi |
| 9 | By: /s/ Paul M. Secunda |
| 10 | James A. Walcheske, WI Bar #1065635 (admitted *pro hac vice*) |
| 11 | Scott S. Luzi, WI Bar #1067405 (admitted *pro hac vice*) |
| 12 | Paul M. Secunda, WI Bar #1074127 (admitted *pro hac vice*) |
| 13 | 235 North Executive Drive, Suite 240 Brookfield, WI 53005 |
| 14 | Telephone: (262) 780-1953 Facsimile: (262) 565-6469 |
| 15 | Email: jwalcheske@walcheskeluzi.com |
| 16 | sluzi@walcheskeluzi.com<br>psecunda@walcheskeluzi.com |
| 17 | |
| 18 | *Counsel for Plaintiff Dereck Case, individually, and as representative of a Class of Participants and Beneficiaries of the Generac Power Systems,* |
| 19 | *Inc. Employees 401(k) Savings Plan* |

[PROPOSED] ORDER GRANTING SECOND STIPULATED MOTION FOR EXTENSION OF TIME - 4
Case No. 2:21-cv-00752-RSM

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7052 | Fax: 206-693-7058

Case 2:21-cv-01100-PP    Filed 09/13/21    Page 4 of 4    Document 37