UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

DERECK CASE,

    Plaintiff,

v.

GENERAC POWER SYSTEMS, INC.,
THE BOARD OF DIRECTORS OF
GENERAC POWER SYSTEMS, INC.
and JOHN DOES 1-30,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No. 21-cv-1100-pp

---

☐     **Jury Verdict.** This case came before the court for a trial by jury. The parties have tried the issues, and the jury has rendered its verdict.

☑     **Decision by Court.** This case came before the court, the court has decided the issues, and the court has rendered a decision.

    **THE COURT ORDERS AND ADJUDGES** that the plaintiff's second amended complaint is **DISMISSED**.

    **THE COURT ORDERS** that the motion to dismiss filed by the Generac defendants is **GRANTED**. The Doe defendants were previously dismissed.

    **THE COURT ORDERS** that this case is **DISMISSED WITH PREJUDICE**.

    Approved and dated in Milwaukee, Wisconsin this 13th day of August, 2025.

BY THE COURT:

_____
**HON. PAMELA PEPPER**
**Chief United States District Judge**

LINDA M. KLEMM
Clerk of Court
s/ *Cary Biskupic*
(by) Deputy Clerk